IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30578
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZAIRE HUMPHREY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CR-315-E
- - - - - - - - - -
November 25, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:*

Zaire Humphrey appeals from his conviction for distribution of cocaine, in violation of 21 U.S.C. § 841(a)(1). Our review of the record and the arguments and authorities convince us that no reversible error was committed. Humphrey's entrapment claim is without merit because a reasonable jury could find, beyond a reasonable doubt, that he was disposed to commit the criminal act prior to first being approached by Government agents. See United

_____

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

States v. Sandoval, 20 F.3d 134, 137 (5th Cir. 1994).  Nor has Humphrey shown that his Sixth Amendment right to confront the Government's witnesses was violated.  See United States v. Pace, 10 F.3d 1106, 1113 (5th Cir. 1993), cert. denied, 114 S. Ct. 2180 (1994).

AFFIRMED.